## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| WE THE PATRIOTS USA, INC., | : | |
| DIANE BONO, | : | |
| MICHELLE MELENDEZ, | : | Dkt. No.:1:21-cv-4954 |
| MICHELLE SYNAKOWSKI, | : | |
|     Plaintiffs, | : | |
| v. | : | |
| | : | |
| KATHLEEN HOCHUL - GOVERNOR | : | |
| OF NEW YORK; HOWARD | : | |
| ZUCKER, M.D, - COMMISSIONER, | : | |
| NEW YORK STATE DEPARTMENT | : | |
| OF HEALTH | : | |
|     Defendants. | : | SEPTEMBER 12, 2021 |

## NOTICE OF EMERGENCY MOTION AND EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65 and Local Rule 7.1, the Plaintiffs respectfully give notice of their emergency motion for a temporary restraining order and a preliminary injunction and move the Court for the following relief:

1. A temporary restraining order staying enforcement of the Defendants' New York State Health Regulation, Title 10, § 2.61 until the parties have an opportunity to be heard on the Plaintiffs' motion for a preliminary injunction;

2. A preliminary injunction staying enforcement of the Defendants' New York State Health Regulation, Title 10, § 2.61 until the parties have an opportunity to fully brief and argue its constitutionality;

3. Any such other and further relief that the Court considers proper.

THE PLAINTIFFS
/s/ Norman A. Pattis /s/
NORMAN A. PATTIS, ESQ.
PATTIS & SMITH, LLC
383 Orange Street
New Haven, CT 06511
Tel:  (203) 393-3017
Fax: (203) 393-9745
npattis@pattisandsmith.com

/s/ Cameron L. Atkinson /s/
CAMERON L. ATKINSON, ESQ.
*Pro hac vice pending*
PATTIS & SMITH, LLC
383 Orange Street
New Haven, CT 06511
Tel:  (203) 393-3017
Fax: (203) 393-9745
catkinson@pattisandsmith.com

/s/ Earl A. Voss /s/
EARL A. VOSS, ESQ.
*Pro hac vice pending*
PATTIS & SMITH, LLC
383 Orange Street
New Haven, CT 06511
Tel:  (203) 393-3017
Fax: (203) 393-9745
avoss@pattisandsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date above a copy of the foregoing was served by certified mail, email, and/or by fax upon Governor Hochul and Dr. Zucker or their proper representatives designated by law.

/s/ Norman A. Pattis /s/
NORMAN A. PATTIS, ESQ.