UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| WE THE PATRIOTS USA, INC., | : | |
| DIANE BONO, | : | |
| MICHELLE MELENDEZ, | : | Dkt. No.: 1:21-cv-4954 |
| MICHELLE SYNAKOWSKI, | : | |
|     Plaintiffs, | : | |
| v. | : | |
| | : | |
| KATHLEEN HOCHUL - GOVERNOR | : | |
| OF NEW YORK; HOWARD | : | |
| ZUCKER, M.D, - COMMISSIONER, | : | |
| NEW YORK STATE DEPARTMENT | : | |
| OF HEALTH | : | |
|     Defendants. | : | SEPTEMBER 12, 2021 |

## NOTICE OF APPEAL

The Plaintiffs – We The Patriots USA, Inc., Diane Bono, Michelle Melendez, Michelle Synakowski – hereby give notice that they appeal the Court's September 12, 2021 order denying their motion for a temporary restraining order and a preliminary injunction.

THE PLAINTIFFS
/s/ Norman A. Pattis /s/
NORMAN A. PATTIS, ESQ.
PATTIS & SMITH, LLC
383 Orange Street
New Haven, CT 06511
Tel: (203) 393-3017
Fax: (203) 393-9745
npattis@pattisandsmith.com

/s/ Cameron L. Atkinson /s/
CAMERON L. ATKINSON, ESQ.
*Pro hac vice pending*
PATTIS & SMITH, LLC
383 Orange Street
New Haven, CT 06511
Tel: (203) 393-3017
Fax: (203) 393-9745
catkinson@pattisandsmith.com

/s/ Earl A. Voss /s/
EARL A. VOSS, ESQ.
*Pro hac vice pending*
PATTIS & SMITH, LLC
383 Orange Street
New Haven, CT 06511
Tel:  (203) 393-3017
Fax: (203) 393-9745
avoss@pattisandsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date above a copy of the foregoing was served by certified mail, email, and/or by fax upon Governor Hochul and Dr. Zucker or their proper representatives designated by law.

/s/ Norman A. Pattis /s/
NORMAN A. PATTIS, ESQ.