## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| WE THE PATRIOTS USA, INC., <br> DIANE BONO, <br> MICHELLE MELENDEZ, <br> MICHELLE SYNAKOWSKI, <br>     Plaintiffs, <br> v. <br><br> KATHLEEN HOCHUL - GOVERNOR <br> OF NEW YORK; HOWARD <br> ZUCKER, M.D, - COMMISSIONER, <br> NEW YORK STATE DEPARTMENT <br> OF HEALTH <br>     Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Dkt. No.:1:21-cv-4954 <br><br><br><br><br><br><br><br><br><br><br> SEPTEMBER 13, 2021 |

### NOTICE OF EMERGENCY MOTION FOR INJUNCTION PENDING APPEAL

Pursuant to Federal Rule of Civil Procedure 62(d), the Plaintiffs respectfully give notice of their emergency motion for an injunction pending appeal:

THE PLAINTIFFS
/s/ Norman A. Pattis /s/
NORMAN A. PATTIS, ESQ.
PATTIS & SMITH, LLC
383 Orange Street
New Haven, CT 06511
Tel:  (203) 393-3017
Fax: (203) 393-9745
npattis@pattisandsmith.com

/s/ Cameron L. Atkinson /s/
CAMERON L. ATKINSON, ESQ.
     *Pro hac vice pending*
PATTIS & SMITH, LLC
383 Orange Street
New Haven, CT 06511
Tel:  (203) 393-3017
Fax: (203) 393-9745
catkinson@pattisandsmith.com

/s/ Earl A. Voss /s/
EARL A. VOSS, ESQ.
*Pro hac vice pending*
PATTIS & SMITH, LLC
383 Orange Street
New Haven, CT 06511
Tel: (203) 393-3017
Fax: (203) 393-9745
avoss@pattisandsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date above a copy of the foregoing was served by certified mail, email, and/or by fax upon Governor Hochul and Dr. Zucker or their proper representatives designated by law.

/s/ Norman A. Pattis /s/
NORMAN A. PATTIS, ESQ.