# Exhibit C

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WE THE PATRIOTS USA, INC.;<br>DIANE BONO;<br>MICHELLE MELENDEZ;<br>MICHELLE SYNAKOWSKI,<br>    Plaintiffs,<br><br>v.<br><br>KATHLEEN HOCHUL, GOVERNOR OF<br>NEW YORK; HOWARD ZUCKER, M.D.,<br>COMMISSIONER, NEW YORK DEP'T<br>OF HEALTH,<br>    Defendants. | DOCKET NO.: 1:21-cv-04954 |

## AFFIDAVIT OF DIANE BONO

DIANE BONO swears or affirms, under penalty of perjury, the following:

1. I am an adult resident of the State of New York, residing in Seaford;

2. I am a Registered Nurse, duly licensed to practice in the State of New York;

3. I am an employee of Syosset Hospital, Syosset, New York;

4. I am a committed and practicing member of the Christian faith;

5. I wholly subscribe to the teachings of the Christian faith as it pertains to the sanctity of life, born and unborn, and, in particular, with respect to the intrinsic evil of abortion and all of its fruits.

6. I object to putting in my body any of the available COVID-19 vaccines that relied, in whole or in part, on the use of fetal cell lines procured from electively aborted fetuses, for development, manufacturing or testing.

7. I will not comply with New York's regulation requiring all healthcare workers to be vaccinated for COVID-19 unless they have a medical exemption because it will violated my religious beliefs.

8. If I remain faithful to my conscience, I believe that my employer will terminate my employment on or after September 27, 2021.

9. Not only will I be terminated from my current employment, but the new regulation bars me from obtaining other employment in my career field unless I receive the COVID-19 vaccination first.

Signed on September 2, 2021 at Nassau County.
              (DATE)                    (LOCATION)

NAME OF AFFIANT (PRINT): Diane Bono

SIGNATURE OF AFFIANT: Diane Bono

NOTARY PUBLIC (PRINT): Kathleen Fischer

SIGNATURE OF NOTARY PUBLIC: Kathleen Fischer



KATHLEEN FISCHER
Notary Public, State of New York
Registration #01FI4983004
Qualified In Nassau County
Commission Expires June 17, 2023