# Exhibit F



**Personal and Confidential**

August 30, 2021

<u>Sent VIA Electronic Mail</u>

Michelle Melendez
Email Address:  MMelendez@northwell.edu

      Re:     COVID-19 Vaccine Religious Accommodation Request

Dear Ms. Melendez:

We have received your request dated August 22, 2021 for an accommodation in the form of a religious exemption from New York State's mandate that requires all health care personnel receive their first dose of the COVID-19 vaccine by September 27, 2021.  On August 18, 2021, the New York State Department of Health ("DOH") issued this mandate under Section 16 of the Public Health Law.  However, on August 26, 2021 the DOH announced that religious exemptions are not permitted under the State mandate.  It is for this reason that we are unable to grant your request for a religious exemption.

Although mask wearing and other existing protocols will continue to be required to help prevent the spread of the virus, these life-saving vaccines remain our best shot at crushing COVID-19.  As healthcare professionals and members of the largest healthcare provider in New York State, we have a unique responsibility to get vaccinated to protect our patients, colleagues, families and communities.  If you have additional questions, please explore <u>educational materials</u> on the employee intranet, including FAQs, information sheets, recorded discussions and videos, some of which are available in multiple languages. Those without intranet access can also visit our <u>digital vaccine hub</u> for the community.  Please reach out if we can provide you with any other information.  Northwell is committed to providing you with the information you need to make this decision and can connect you with an expert to discuss your options. We urge you to get your first dose of vaccine by September 27 to ensure you can help us continue to improve the health and quality of life of the communities we serve.

If you choose to not receive your first shot between now and September 27, 2021, we appreciate your cooperation with health and safety precautions to protect the health of you, your colleagues, our patients and visitors.  These precautions include the requirement to undergo weekly nasal PCR testing in accordance with Northwell's mandatory PCR testing program. Additionally, you may be unable to participate in certain meetings, gatherings, and/or Northwell-sponsored events and programs due solely to your unvaccinated or partially vaccinated status.

Please know that Northwell has a COVID-19 vaccine reserved for all team members. If you are interested in receiving a COVID-19 vaccine, you can book an appointment through the Employee Health Portal. If you opt to get vaccinated at a non-Northwell source, you can upload proof to the portal or email it to EHSCompliance@northwell.edu to record your new vaccination status.

Thank you,

Northwell Health
Human Resources

cc: SITE HRBP