# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of September, two thousand twenty-one.

Before:     Joseph F. Bianco,
                  *Circuit Judge.*

We The Patriots USA, Inc., Diane Bono, Michelle Melendez, Michelle Synakowski,

    Plaintiffs-Appellants,

v.

Kathleen Hochul, Howard A. Zucker, M.D.,

    Defendants-Appellees.

**ORDER**

Docket No. 21-2179

Appellants move for an injunction pending appeal enjoining the enforcement of New York State Health Regulation, Title 10, § 2.61. Appellees oppose the motion. Additionally, Movants Americans United for Separation of Church and State, Central Conference of American Rabbis, Disciples Center for Public Witness, Disciples Justice Action Network, Equal Partners in Faith, Men of Reform Judaism, Methodist Federation for Social Action, National Council of Jewish Women, National Council of the Churches of Christ in the USA, Reconstructionist Rabbinical Association, Union for Reform Judaism, and Women of Reform Judaism move for leave to file an amicus brief in support of the Appellees' opposition.

IT IS HEREBY ORDERED that, to the extent Appellants seek a temporary injunction pending review by a three-judge motions panel, the injunction is GRANTED. The motions are REFERRED to a three-judge motions panel on an expedited basis.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 09/24/2021