

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

WRITER'S DIRECT DIAL (212) 416-8661

January 26, 2022

Via ECF
The Honorable William F. Kuntz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: We The Patriots, et al. v. Hochul, et al., No. 21-cv-4954 (E.D.N.Y.)(WFK)(RER)

Dear Judge Kuntz:

    This Office represents defendants Governor Kathy Hochul and Acting Commissioner of the New York State Department of Health Mary T. Bassett, M.D., M.P.H.,[1] sued in their official capacities (together, "Defendants"). I write pursuant to Your Honor's Individual Practice Rule III(G)(1) and the Court's Order of December 27, 2021 (Minute Entry) in this action, to inform the Court that earlier today I served on Plaintiffs the following papers: (1) Defendants' Notice of Motion to Dismiss the Complaint; (2) the Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint; and (3) the Declaration of Todd A. Spiegelman in Support of Defendants' Motion to Dismiss the Complaint, dated January 26, 2022, and the exhibits attached thereto.

    Thank you for Your Honor's attention in this matter.

Respectfully submitted,

_____/S/_____
Todd A. Spiegelman
Assistant Attorney General

cc: All counsel of record (via ECF)

---

[1] Dr. Bassett was appointed Acting DOH Commissioner on December 1, 2021 and is automatically substituted as a defendant for former DOH Commissioner Zucker pursuant to Federal Rule of Civil Procedure 25(d).