**PATTIS & SMITH, LLC**
383 ORANGE STREET, FIRST FLOOR
NEW HAVEN, CT 06511
TELEPHONE  203-393-3017
FACSIMILE  203-393-9745

**NORMAN A. PATTIS, ESQ. (npattis@pattisandsmith.com)**
**KEVIN M. SMITH, ESQ. (ksmith@pattisandsmith.com)**
**ZACHARY E. REILAND, ESQ. (zreiland@pattisandsmith.com)**
**CAMERON L. ATKINSON, ESQ. (catkinson@pattisandsmith.com)**
**DAYANLEE QUEZADA-COELLO, Paralegal (dcoello@pattisandsmith.com)**

February 23, 2022

<u>VIA ECF</u>
The Honorable William F. Kuntz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:** *We The Patriots USA, et al. v. Hochul, et al.*, **No. 21-cv-4954 (E.D.N.Y.)**

Dear Judge Kuntz,

Our office represents the Plaintiffs in the above-captioned matter. I write pursuant to your Individual Practice Rule III(G)(1) and the Court's Order of December 27, 2021 (Minute Entry) in this action to inform the Court that earlier today I served on the Defendants the Plaintiffs Memorandum of Law In Opposition To The Defendants' Motion To Dismiss The Complaint.

Thank you for your attention to this matter.

                                                            Regards,

                                                            /s/ Norman A. Pattis /s/
                                                            Norman A. Pattis, Esq.

Cc: All counsel of record (via ECF)