**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

WE THE PATRIOTS USA, INC.,
DIANE BONO,
MICHELLE MELENDEZ,
MICHELLE SYNAKOWSKI,
     Plaintiffs,

v.

KATHLEEN HOCHUL – GOVERNOR
OF NEW YORK; HOWARD
ZUCKER, M.D, - COMMISSIONER,
NEW YORK STATE DEPARTMENT
OF HEALTH
     Defendants.

No. 1:21-cv-4954 (WFK) (RER)

## NOTICE OF MOTION

**PLEASE TAKE NOTICE,** that defendants Governor Kathy Hochul and Acting

Commissioner of the New York State Department of Health Mary T. Bassett, M.D., M.P.H.,[1]

sued in their official capacities (together, "Defendants"), by their attorney, LETITIA JAMES,

Attorney General of the State of New York, shall move this Court before the Honorable William

F. Kuntz, II, United States District Judge, at the United States Courthouse for the Eastern District

of New York located at 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time

to be determined by the Court, for an order dismissing the Complaint in the above-captioned

action filed on September 2, 2021 (the "Complaint"), in its entirety and with prejudice, pursuant

to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim on which relief can be

granted.

**PLEASE TAKE FURTHER NOTICE**, that in support of its motion to dismiss,

Defendants shall rely upon the Memorandum of Law in Support of Defendants' Motion to

Dismiss the Complaint, dated January 26, 2022; the Declaration of Todd A. Spiegelman in

---

[1] Dr. Bassett was appointed Acting DOH Commissioner on December 1, 2021 and is automatically substituted as a defendant for former DOH Commissioner Zucker pursuant to Federal Rule of Civil Procedure 25(d).

support of Defendants' motion to dismiss the Complaint, dated January 26, 2022, and the

exhibits attached thereto; the Complaint; all other pleadings and papers submitted in this action;

and any documents submitted in any appeal of the decisions in this action.

 **PLEASE TAKE FURTHER NOTICE**, pursuant to this Court's Individual Practice

Rule III(G)(1) and the Court's Order in this action dated December 27, 2021 (Minute Entry), any

opposition papers to this motion to dismiss are due to be served on or before February 23, 2022;

Defendants' reply papers, if any, are due to be served on or before March 16, 2022; and

Defendants shall file all motion papers on or before March 16, 2022.


Dated:  New York, New York
   January 26, 2022

           LETITIA JAMES
           Attorney General of the
           State of New York
           *Attorney for Defendants*
           By:
           _____/S/_____
           TODD A. SPIEGELMAN
           Assistant Attorney General
           28 Liberty Street
           New York, NY 10005
           Tel. No.: (212) 416-8661


To: Norman A. Pattis
  Cameron L. Atkinson
  PATTIS & SMITH, LLC
  383 Orange Street
  New Haven, CT 06511
  (203) 393-3017
  *Attorneys for Plaintiffs*