UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
WE THE PATRIOTS, USA, INC., et al.,

                Plaintiffs,                              JUDGMENT
                                                             21-CV-4954 (WFK) (RER)

                -against-

KATHLEENHOCHUL, et al.,

                Defendants.
------------------------------------------------------------ X

        A Memorandum and Order of Honorable William F. Kuntz, II, United States District Judge, having been filed on November 13, 2023, granting Defendants' Motion to Dismiss for failure to state a claim, ECF No. 29; it is

        ORDERED and ADJUDGED that Defendants' Motion to Dismiss for failure to state a claim, ECF No. 29 is granted; and that judgment is hereby entered in favor of Defendants.

Dated: Brooklyn, NY                                              Brenna B. Mahoney
         November 14, 2023                                Clerk of Court

                                                               By: */s/Jalitza Poveda*
                                                                      Deputy Clerk